UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
FEB 2 6 2008
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

D-2 ELFAT EL AOUAR,

    Defendant.
_____/

CRIMINAL NO. 07-20156

HON. AVERN COHN

## ORDER REVOKING UNITED STATES CITIZENSHIP

The defendant, Elfat Nadim El-Aouar, having been convicted of Naturalization Fraud, in violation of Title 18, United States Code, Section 1425(a), and pursuant to Title 8, United States Code, Section 1451(e):

IT IS ORDERED that naturalization of the defendant in the name of Elfat Nadim El-Aouar, Alien Number A29 654 931, ordered by the Attorney General of the United States admitting the defendant to United States citizenship on April 27, 1995, is revoked and set aside, and the Certificate of Naturalization No. 21520352 is cancelled.

IT IS SO ORDERED.

_____
HON. AVERN COHN
UNITED STATES DISTRICT JUDGE